**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 590 MAL 2021

            Respondent                  :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

            v.                          :

                                     :

SEKEMA GENTLES,                     :

                                     :

            Petitioner                   :

## **ORDER**

**PER CURIAM**

       **AND NOW**, this 30th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.